IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00660-AP

_____

WALTER L. KONKOL,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

_____

1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Michael Desaulniers, Esq.
402 W. 12th Street
Pueblo, Colorado 81003
719-543-8636
seckarlaw@mindspring.com

For Defendant:
John F. Walsh
United States Attorney

Kevin T. Traskos
Civil Chief
Assistant United States Attorney
District of Colorado

William G. Pharo
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street,
Denver, Colorado 80202
(303) 844-0815
Stephanie.kiley@ssa.gov

1

2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.      DATES OF FILING OF RELEVANT PLEADINGS

     A.      Date Complaint was filed:                                    March 16, 2011
     B.      Date Complaint was served on U.S. Attorney's Office:      April 7, 2011
     C.      Date Answer and Administrative Record were filed:         June 9, 2011

4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.      STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

6.      STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

7.      OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8.      BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule:

     A.      Plaintiff's opening brief due                                August 9, 2011
     B.      Defendant's response brief due                               September 8, 2011
     C.      Plaintiff's reply brief (if any) due                         September 23, 2011

9.      STATEMENTS REGARDING ORAL ARGUMENT

     A.      Plaintiff does not request oral argument.
     B.      Defendant does not request oral argument.

10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States
Magistrate Judge.

11.     OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR
CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY
SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED
UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only
upon a showing of good cause.

DATED this 29th  day of  June, 2011.

BY THE COURT:


*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael A. Desaulniers                                                      JOHN F. WALSH
Michael A. Desaulniers, Esq.                          United States Attorney
402 W. 12th Street
Pueblo, Colorado 81003                             KEVIN T. TRASKOS
719-543-8636                                             Civil Chief
  Assistant United States Attorney
  District of Colorado

  WILLIAM G. PHARO
  Assistant United States Attorney

  s/Stephanie Lynn F. Kiley
  Stephanie Lynn F. Kiley
  Special Assistant United States Attorney
  Office of the General Counsel
  Social Security Administration
  1001 Seventeenth Street
  Denver, Colorado 80202
  (303) 844-0815
  Stephanie.kiley@ssa.gov