IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-660-AP**

**WALTER L. KONKOL,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## **ORDER**

Kane, J.

The Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, (doc. #21), filed December 19, 2011, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$4,811.62**.

Dated at Denver, Colorado, this 19th day of December, 2011.

                                                BY THE COURT:

                                                *S/John L. Kane*
                                                JOHN L. KANE, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT